UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SARAH GREIFMAN, individually and on behalf
Of others similarly situated,

                      Plaintiff,

      -against-                                18 **CIVIL** 08784 NSR)

                                                **JUDGMENT**

CAWLEY & BERGMANN, LLC,
                     Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 9, 2019, Defendant Cawley & Bergmann, LLC's motion to dismiss Plaintiff's Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          April 11, 2019

                                                          **RUBY J. KRAJICK**
                                                             Clerk of Court
                                        BY:

                                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 4/11/2019